# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 22-3518

Benjamin Folta

Appellee

v.

Norfork Brewing Company and Jason B. Aamodt

Appellants

---

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:21-cv-03038-CDC)

---

## MANDATE

In accordance with the opinion and judgment of December 22, 2023, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

January 18, 2024

Clerk, U.S. Court of Appeals, Eighth Circuit