# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 22-3518

_____

Benjamin Folta

Plaintiff - Appellee

v.

Norfork Brewing Company; Jason B. Aamodt

Defendants - Appellants

_____

Appeal from U.S. District Court for the Western District of Arkansas - Harrison
(3:21-cv-03038-CDC)

_____

**JUDGMENT**

Before COLLOTON, GRASZ, and KOBES, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the appeal is dismissed in accordance with the opinion of this Court.

December 22, 2023

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
         /s/ Michael E. Gans