IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**BENJAMIN FOLTA**                                                                 **PLAINTIFF**

vs.                                    No. 3:21-cv-3038-CDC

**NORFORK BREWING COMPANY**                                  **DEFENDANTS**
**and JASON AAMODT**

### PLAINTIFF'S MOTION TO AMEND JUDGMENT UNDER RULE 59(E) TO INCLUDE APPELLATE COSTS AND ATTORNEYS' FEES

Plaintiff Benjamin Folta, by and through his attorneys, Sanford Law Firm, PLLC, for his Motion to Amend Judgment under Rule 59(e) to Include Appellate Costs and Attorneys' Fees, states as follows:

1. Plaintiff filed this case on May 24, 2021, pursuant to the Fair Labor Standards Act (FLSA), 29 U.S.C. § 201 *et seq*, and the Arkansas Minimum Wage Act (AMWA), Ark. Code Ann. § 11-4-201, *et seq*, to recover unpaid wages.

2. This case progressed through formal and informal discovery efforts, substantial motions practice, settlement negotiations—including both unsuccessful and ultimately successful settlement conferences. Liability was ultimately settled at a settlement conference before a Magistrate Judge on September 1, 2022. *See* Docket Entry (ECF No. 55, Filed 09/09/2022).

3. The parties did not reach an agreement regarding costs and attorneys' fees.

Page 1 of 3
Benjamin Folta v. Norfork Brewing Co., et al.
U.S.D.C. (W.D. Ark.) Case No. 3:21-cv-3038-CDC
Plaintiff's Motion to Amend Judgment Under Rule 59(e)
to Include Appellate Costs and Attorneys' Fees

4. Plaintiff filed his Motion for Costs and Attorneys' Fees and Request for Oral Argument (ECF No. 56), which the Court granted as modified by the Court on November 16, 2022 (ECF No. 63).

5. In its Order, this Court awarded to Plaintiff $18,307.30 in attorneys' fees and costs (ECF No. 63).

6. Following the entry, Defendants filed Notice of Appeal on November 29, 2022 (ECF No. 64).

7. After review of briefing from both parties and hearing oral arguments, the Eighth Circuit dismissed the appeal. *See* Judgment, attached as Ex. 4.

8. Plaintiff is entitled to his costs and fees for successfully defending an appeal under the FLSA. *See Sanders v. Elephant Butte Irrigation Dist. Of N.M.*, 112 F.3d 468, 472 (10th Cir. 1997) (deeming FLSA plaintiff entitled to attorneys' fees following successful appeal); *Whittingham v. Nordam Grp., Inc.*, 429 F.3d 986 (10th Cir. 2005) (same in ADEA case); *Newhouse v. Robert's Ilima Tours*, 708 F.2d 436, 441 (9th Cir. 1983) (holding that attorney's fees under the FLSA "may include fees for appellate and post-remand services"); *Heder v. City of Two Rivers*, 93 Fed. Appx. 81, 82 (7th Cir. 2004) ("Plaintiff is entitled to an award of fees for defending the district court's award.").

9. Plaintiff respectfully requests that this Court amend its Judgment to include the fees and costs expended in successfully defending Plaintiff's victory on appeal.

10. As shown on the Billing Spreadsheet attached hereto as Exhibit 1, Plaintiff requests $21,407.30 in attorneys' fees related to the successful litigation of Defendants' appeal.

Page 2 of 3
Benjamin Folta v. Norfork Brewing Co., et al.
U.S.D.C. (W.D. Ark.) Case No. 3:21-cv-3038-CDC
Plaintiff's Motion to Amend Judgment Under Rule 59(e)
to Include Appellate Costs and Attorneys' Fees

11.     As shown in detail on Plaintiff's Costs Invoice (Exhibit 3), Plaintiff also incurred $790.73 in costs other than attorneys' fees during the appeal. Plaintiff is entitled to these costs under the FLSA, 29 U.S.C. § 216(b), and under Rule 54(d).

12.     Accordingly, Plaintiff requests a total award of costs and attorneys' fees associated with the appeal in the amount of $22,198.03.

13.     In support of this Motion, Plaintiff attaches hereto and incorporates herein the following exhibits:

   Ex. 1   Billing Spreadsheet;
   Ex. 2   Declaration of Attorney Josh Sanford; and
   Ex. 3   Costs Invoice
   Ex. 4   Eighth Circuit Decision

14.     This Motion is supported by a contemporaneous Memorandum Brief.

WHEREFORE, Plaintiff respectfully requests that this Motion to Amend Judgment to include Appellate Costs and Attorneys' Fees be granted in its entirety, that the Court amend its judgment to include an award to Plaintiff for fees and costs associated with the appeal in the amount of $22,198.03, and for all other just and equitable relief to which Plaintiff may be entitled.

                                         Respectfully submitted,

                                         **PLAINTIFF BENJAMIN FOLTA**

                                         SANFORD LAW FIRM, PLLC
                                         Kirkpatrick Plaza
                                         10800 Financial Centre Pkwy, Suite 510
                                         Little Rock, Arkansas 72211
                                         Telephone: (501) 221-0088
                                         Facsimile: (888) 787-2040

                                         Josh Sanford
                                         Ark. Bar No. 2001037
                                         josh@sanfordlawfirm.com

Page 3 of 3
Benjamin Folta v. Norfork Brewing Co., et al.
U.S.D.C. (W.D. Ark.) Case No. 3:21-cv-3038-CDC
Plaintiff's Motion to Amend Judgment Under Rule 59(e)
to Include Appellate Costs and Attorneys' Fees