**Exhibit 3 - Costs Invoice**

| Date Billed On | Description | Amount |
|---|---|---|
| 05/03/23 | FedEx binding fee for appeal brief binders | $112.54 |
| 06/07/23 | ECF inquiry to ensure all docs are in file | $3.80 |
| 09/12/23 | Attorney Daniel Ford Flight to St. Louis for Oral Argument | $499.96 |
| 10/10/23 | Attorney Daniel Ford Travel Reimbursement | $174.43 |
| | | |
| **TOTAL** | | **$790.73** |