## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

| | |
|---|---|
| Benjamin Folta, | ) |
| Plaintiff | ) |
| v. | ) Case No.: 3:21-cv-3038-TLB |
| Norfork Brewing Company, and Jason Aamodt, | ) |
| Defendants. | ) |

### DEFENDANTS' MOTION FOR PERMISSION TO FILE OUT OF TIME

Come now, the Defendants respectfully by and through their counsel of record, Jason Aamodt, to seek permission to file a response to Plaintiff's Motion to Amendment Under Rule 59(e) [Doc. No. 69] (herein "Plaintiff's Motion") out of time. During the time Plaintiff's Motion was pending, Mr. Aamodt became ill and had complications therefrom which interfered with his ability to respond sooner. No Order of the Court has been issued in relation to Plaintiff's Motion, and this Motion is not made for the purposes of delay. Mr. Aamodt requested from Plaintiff's whether Plaintiffs would object to this request for an extension of time. Plaintiff's counsel agreed to the requested extension of time in writing in the attached email. *See* Exhibit 1.

Wherefore, the Defendants respectfully requests this Court permit them until Friday, Feb. 16, 2024 to respond to the Plaintiff's Motion.

1

Respectfully submitted this 13th day of February, 2024,

/s/ Jason Aamodt
Jason Aamodt
INDIAN AND ENVIRONMENTAL LAW GROUP
233 South Detroit Ave, Suite 200
Tulsa, Oklahoma 74120
Telephone: (918) 347-6169
Facsimile: (918) 948-6190
jason@iaelaw.com
*Attorney for Defendants*
*Norfork Brewing Company and Jason Aamodt*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February, 2024, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

| | |
|---|---|
| Josh Sanford | josh@sanfordlawfirm.com |
| Daniel Ford | daniel@sanfordlawfirm.com |

/s/ Jason Aamodt
Jason Aamodt