**EXHIBIT 1**

| | |
|---|---|
| **From:** | Breanna Arend |
| **To:** | Michelle Christie |
| **Subject:** | FW: Activity in Case 3:21-cv-03038-CDC Folta v. Norfork Brewing Company et al Memorandum Brief in Support |
| **Date:** | Tuesday, February 13, 2024 1:30:18 PM |
| **Attachments:** | image246907.png |
| | image605503.png |
| | image098718.png |
| | image045414.png |
| | image777978.png |
| | image925748.png |

**From:** Josh Sanford <josh@sanfordlawfirm.com>
**Sent:** Monday, February 12, 2024 4:38 PM
**To:** Jason Aamodt <jason@iaelaw.com>
**Cc:** Tracy Freeman <tracy@sanfordlawfirm.com>
**Subject:** Re: Activity in Case 3:21-cv-03038-CDC Folta v. Norfork Brewing Company et al Memorandum Brief in Support

**[EXTERNAL EMAIL]**

Sure



**Josh Sanford**
**Managing Attorney, Sanford Law Firm**

800-615-4946 (Main) | 501-904-1656 (Direct)

josh@sanfordlawfirm.com | www.sanfordlawfirm.com

10800 Financial Centre Parkway, Suite 510
Little Rock, AR 72211

Attorneys admitted in courts in AR • CO • IL • MI • MO • ND • NE • NM • OH • OK • TN • TX • WA • WI

**No. 1 Plaintiff Employment Law Firm in the U.S.**



This message, and any attachments, is intended for the addressee only. It may contain information which is legally privileged, confidential, and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use or any action or reliance on this communication is strictly prohibited by the Electronic Communication Privacy Act at 18 U.S.C. §§ 2510-2521. If you have received this e-mail in error, please notify the sender immediately by telephone at (501) 221-0088 or by return e-mail and delete the message and any attachments.

On Feb 12, 2024, at 4:17 PM, Jason Aamodt <jason@iaelaw.com> wrote:

Thanks – May I have till Friday?

**From:** Josh Sanford <josh@sanfordlawfirm.com>
**Sent:** Monday, February 12, 2024 4:17 PM
**To:** Jason Aamodt <jason@iaelaw.com>
**Cc:** Tracy Freeman <tracy@sanfordlawfirm.com>
**Subject:** Re: Activity in Case 3:21-cv-03038-CDC Folta v. Norfork Brewing Company et al Memorandum Brief in Support

### [EXTERNAL EMAIL]

What is your requested extension? Daniel has gone to the attorney generals office and so I managing this file now. Tracy, would you please send him our W9?

> On Feb 12, 2024, at 4:12 PM, Jason Aamodt <jason@iaelaw.com> wrote:
>
> Hi Daniel,
>
> Please provide your tax info so I can pay the underlying settlement amount and please also let me know whether you agree to the my requested extension.
>
> Thanks,
>
> Jason
>
> **From:** Jason Aamodt
> **Sent:** Monday, February 12, 2024 10:14 AM
> **To:** Daniel Ford <daniel@sanfordlawfirm.com>
> **Subject:** FW: Activity in Case 3:21-cv-03038-CDC Folta v. Norfork Brewing Company et al Memorandum Brief in Support
>
> Daniel,
>
> I am sorry to be responding so late, but I had a terrible bout of COVID and was down and out for the last couple of weeks. I'm recovered now, and would appreciate your agreement on a couple of items:
>
> 1. Please send me the EIN/tax info for your firm so that I can pay the underlying judgment.
> 2. Please indicate if you will agree to allow me until the end of the week (Friday) to file a response to your motion to amend judgment.

Thanks,

Jason

**From:** NEF@arwd.uscourts.gov <NEF@arwd.uscourts.gov>
**Sent:** Thursday, January 18, 2024 4:59 PM
**To:** NEF@arwd.uscourts.gov
**Subject:** Activity in Case 3:21-cv-03038-CDC Folta v. Norfork Brewing Company et al Memorandum Brief in Support

# [EXTERNAL EMAIL]

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U. S. District Court

### Western District of Arkansas

## Notice of Electronic Filing

The following transaction was entered by Sanford, Josh on 1/18/2024 at 4:59 PM CST and filed on 1/18/2024
**Case Name:**     Folta v. Norfork Brewing Company et al
**Case Number:**    3:21-cv-03038-CDC
**Filer:**         Benjamin Folta
**Document Number:** 70

**Docket Text:**
**MEMORANDUM BRIEF in Support of [69] MOTION to Alter Judgment -- *Plaintiff's Motion to Amend Judgment Under Rule 59(E) to Include Appellate Costs and Attorneys' Fees* ;[62] Order, [63] Judgment on Attorney Fees,, Order on Motion for Attorney Fees, ; by Benjamin Folta. (Sanford,**

**Josh)**

**3:21-cv-03038-CDC Notice has been electronically mailed to:**

Daniel Demotte Ford   daniel.ford@arkansasag.gov, agcivil@arkansasag.gov, katie.wilson@arkansasag.gov

Jason Aamodt   jason@iaelaw.com, breanna@iaelaw.com, michelle@iaelaw.com

Josh Sanford   josh@sanfordlawfirm.com, Ecfnotices@sanfordlawfirm.com, sanfordlawfirm@recap.email, sean@sanfordlawfirm.com

**3:21-cv-03038-CDC Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1094675213 [Date=1/18/2024] [FileNumber=2403366-0
]
[9b7ee32a41dfba7724624e45d08bb6f048eec8ef06e0dd71d8ee21840c95d60770d
af4c49a55e57eefa25bc6b2f008cf24b37ac3308b74762a16f9752915054c]]