IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

BENJAMIN FOLTA                                                                                          PLAINTIFF

    v.                                              Civil No. 21-3038

NORFORK BREWING COMPANY
and JASON AAMODT                                                                                    DEFENDANTS

**O R D E R**

On February 13, 2024, Defendants filed a Motion for Leave to File a Response Out of Time. (ECF No. 71). For good cause shown, and there being no objection thereto, the Court hereby grants Defendants' motion. (ECF No. 71). Defendants' response will now be due by close of business on February 20, 2024.

IT IS SO ORDERED this 14th day of February 2024.

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE