| Date Billed On | Billed By | Description | Rate | Time | Value | Category | | |
|---|---|---|---|---|---|---|---|---|
| 05/02/23 | Daniel Ford | Editing and revision of brief cover page, reprinting for mailing | $250.00 | 0.2 | $50.00 | Appeal | | |
| 05/02/23 | Daniel Ford | Compose electronic communication to 8th circuit with updated brief, reviewing filed corrected brief | $250.00 | 0.2 | $50.00 | Appeal | Total hour Amount | |
| 09/18/23 | Daniel Ford | Preparation for Hearing -- 8th Circuit Oral ARgument Prep -- review outline, create binder table of contents, conduct additional legal research on reply rebuttals | $250.00 | 4.7 | $1,175.00 | Appeal | 22.3 | $ 5,575.00 |
| 09/19/23 | Daniel Ford | Travel Time to St. Louis for Oral Argument | $250.00 | 3.2 | $800.00 | Appeal | | |
| 09/19/23 | Daniel Ford | Preparation for 8th Circuit Oral Argument: review of case law, refining outline, practicing oral argument | $250.00 | 7.3 | $1,825.00 | Appeal | | |
| 09/20/23 | Daniel Ford | Court Appearance (including travel time and waiting) - - 8th Circuit Oral Argument, including waiting for previous arguments to conclude and plus travel time back to Little Rock | $250.00 | 7.1 | $1,775.00 | Appeal | | |
| 05/02/23 | Daniel Ford | Telephone Conference(s) with 8th circuit clerk re: brief issues | $250.00 | 0.3 | $75.00 | Case Management | | |
| 05/02/23 | Daniel Ford | Conferences with JS re: brief issues, printing, mailing logistics | $250.00 | 0.4 | $100.00 | In-House Conference | | |
| 08/29/23 | Daniel Ford | Conference with MCP and TF re: travel logistics for oral argument, oral arg response form. | $250.00 | 0.2 | $50.00 | In-House Conference | | |
| 11/29/22 | Josh Sanford | Examination of Notice of Appeal | $383.00 | 0.1 | $38.30 | Appeal | | |
| 03/21/23 | Josh Sanford | Editing and revision of Motion for Extension | $383.00 | 0.1 | $38.30 | Appeal | | |
| 01/23/23 | Josh Sanford | Examination of Motion to Extend; conference with DF | $383.00 | 0.2 | $76.60 | Case Management | | |
| 01/24/23 | Josh Sanford | Examination of Clerk's Notices | $383.00 | 0.1 | $38.30 | Case Management | | |
| 01/25/23 | Josh Sanford | Examination of Order | $383.00 | 0.1 | $38.30 | Case Management | | |
| 02/21/23 | Josh Sanford | Examination of Clerk's Notices | $383.00 | 0.1 | $38.30 | Case Management | | |
| 02/22/23 | Josh Sanford | Examination of Clerk's Notices | $383.00 | 0.1 | $38.30 | Case Management | | |
| 02/24/23 | Josh Sanford | Examination of Clerk's Notices | $383.00 | 0.1 | $38.30 | Case Management | | |
| 02/27/23 | Josh Sanford | Examination of Clerk's Notices | $383.00 | 0.2 | $76.60 | Case Management | | |
| 02/27/23 | Josh Sanford | Examination of filed Brief | $383.00 | 0.2 | $76.60 | Case Management | | |
| 02/27/23 | Josh Sanford | Examination of Clerk's Notices | $383.00 | 0.1 | $38.30 | Case Management | | |

| Date | Name | Description | Rate | Hours | Amount | Category | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 03/01/23 | Josh Sanford | Examination of Clerk's Notices | $383.00 | 0.1 | $38.30 | Case Management | | |
| 03/21/23 | Josh Sanford | Examination of Motion and Order - filed | $383.00 | 0.1 | $38.30 | Case Management | | |
| 06/05/23 | Josh Sanford | Examination of Clerk's Notice | $383.00 | 0.1 | $38.30 | Case Management | | |
| 06/06/23 | Josh Sanford | Examination of Clerk's Notices | $383.00 | 0.1 | $38.30 | Case Management | | |
| 06/07/23 | Josh Sanford | Examination of Clerk's Notice | $383.00 | 0.1 | $38.30 | Case Management | | |
| 11/29/22 | Josh Sanford | Discussion of case status and directing case strategy to Attorney DF and VK re appeal | $383.00 | 0.2 | $76.60 | In-House Conference | | |
| 02/28/23 | Josh Sanford | Discussion of case status and directing case strategy to Attorney VK | $383.00 | 0.1 | $38.30 | In-House Conference | | |
| 04/06/23 | Josh Sanford | Conference with VK re appeal | $383.00 | 0.1 | $38.30 | In-House Conference | | |
| 09/05/23 | Josh Sanford | Discussion of case status and directing case strategy to Attorney DF | $383.00 | 0.1 | $38.30 | In-House Conference | | |
| 09/11/23 | Josh Sanford | Discussion of case status and directing case strategy to Attorney DF | $383.00 | 0.1 | $38.30 | In-House Conference | | |
| 05/15/23 | Josh Sanford | Examination of emails with OC | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | | |
| 07/18/23 | Josh Sanford | Examination of OC email; conference with DF | $383.00 | 0.2 | $76.60 | Opposing Counsel Communication | | |
| 09/05/23 | Josh Sanford | Examination of emails with OC | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | | |
| 09/07/23 | Josh Sanford | Examination of OC email | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | 3.1 | $ 1,187.30 |
| 09/11/23 | Josh Sanford | Editing and revision of letter to OC | $383.00 | 0.1 | $38.30 | Opposing Counsel Communication | | |
| 12/26/23 | Karolina Viehe | Receive, read and prepare response to email(s) from JS re: Fee petition | $250.00 | 0.1 | $25.00 | In-House Conference | | |
| 01/05/24 | Karolina Viehe | Review of File and Preparation and drafting of Mot for Appeal Fees and Costs | $250.00 | 1.4 | $350.00 | Motion for Appeal Fees | | |
| 01/06/24 | Karolina Viehe | Preparation and drafting of Billing Invoice: categorize, redact privileged info, remove duplicative/vague billing | $250.00 | 1.5 | $375.00 | Motion for Appeal Fees | | |
| 01/07/24 | Karolina Viehe | Preparation and drafting of Mot for Appeal Fees (finalize and review) | $250.00 | 1.6 | $400.00 | Motion for Appeal Fees | | |
| 12/06/22 | Paralegal | Preparation and drafting of atty appearance forms - DF/JS re appeal | $150.00 | 0.4 | $60.00 | Appeal | | |
| 12/07/22 | Paralegal | Filing of Atty appearance - JS | $150.00 | 0.2 | $30.00 | Appeal | | |

| Date | Role | Description | Rate | Hours | Amount | Category | | Hours | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 12/07/22 | Paralegal | Filing of atty appearance - DF | $150.00 | 0.2 | $30.00 | Appeal | | | |
| 03/10/23 | Paralegal | Examination of Def's Appeal Briefing | $150.00 | 0.4 | $60.00 | Appeal | | | |
| 03/21/23 | Paralegal | Preparation and drafting of Mt. for Ext. | $150.00 | 0.4 | $60.00 | Appeal | | | |
| 03/21/23 | Paralegal | Filing of Mt. for Ext. of Time to File Brief | $150.00 | 0.1 | $15.00 | Appeal | | | |
| 04/28/23 | Paralegal | Editing and revision of Appellee Brief, filing of corrected Brief | $150.00 | 1.2 | $180.00 | Appeal | | | |
| 08/22/23 | Paralegal | Preparation and drafting of Atty Admission Form - DF | $150.00 | 0.3 | $45.00 | Appeal | | | |
| 08/23/23 | Paralegal | Filing of Atty Admission Form - DF | $150.00 | 0.1 | $15.00 | Appeal | | | |
| 08/31/23 | Paralegal | Preparation and drafting of oral argument response form | $150.00 | 0.2 | $30.00 | Appeal | | | |
| 09/05/23 | Paralegal | Filing of Oral Argument Appearance Form | $150.00 | 0.1 | $15.00 | Appeal | | | |
| 09/19/23 | Paralegal | Work on Client's file: Prep Binder re Oral Argument - Physical and Digital | $150.00 | 1.5 | $225.00 | Appeal | | 5.1 | $ 765.00 |
| 11/30/22 | Paralegal | Telephone Conference(s) with client re status update | $150.00 | 0.2 | $30.00 | Client Communication | | | |
| 12/05/22 | Paralegal | Receive, read and prepare response to text(s) from client re status update | $150.00 | 0.1 | $15.00 | Client Communication | | | |
| 12/05/22 | Paralegal | Receive, read and prepare response to text(s) from B. Folta re appeals documents | $150.00 | 0.1 | $15.00 | Client Communication | | | |
| 12/06/22 | Paralegal | Receive, read and prepare response to text(s) from client re status update | $150.00 | 0.2 | $30.00 | Client Communication | | | |
| 12/06/22 | Paralegal | Compose electronic communication - txt to client re appeals case number, briefing schedule | $150.00 | 0.2 | $30.00 | Client Communication | | | |
| 12/16/22 | Paralegal | Receive, read and prepare response to text(s) from B Folta re status update | $150.00 | 0.1 | $15.00 | Client Communication | | | |
| 12/16/22 | Paralegal | Compose electronic communication - txt to client re status update | $150.00 | 0.2 | $30.00 | Client Communication | | | |
| 12/20/22 | Paralegal | Compose electronic communication - txt to client re appeal | $150.00 | 0.1 | $15.00 | Client Communication | | | |
| 12/20/22 | Paralegal | Telephone Conference(s) with client re appeal | $150.00 | 0.2 | $30.00 | Client Communication | | | |
| 12/30/22 | Paralegal | Receive, read and prepare response to text(s) from client re status update | $150.00 | 0.1 | $15.00 | Client Communication | | | |
| 01/31/23 | Paralegal | Receive, read and prepare response to text(s) from B. Folta re status update | $150.00 | 0.2 | $30.00 | Client Communication | | | |

| Date | Timekeeper | Description | Rate | Hours | Amount | Category | Hours | Amount |
|---|---|---|---|---|---|---|---|---|
| 02/17/23 | Paralegal | Receive, read and prepare response to text(s) from client re status update | $150.00 | 0.2 | $30.00 | Client Communication | | |
| 02/23/23 | Paralegal | Receive, read and prepare response to text(s) from client re status update | $150.00 | 0.2 | $30.00 | Client Communication | | |
| 02/24/23 | Paralegal | Compose electronic communication - txt to client re status update | $150.00 | 0.1 | $15.00 | Client Communication | | |
| 03/10/23 | Paralegal | Receive, read and prepare response to text(s) from client re status update | $150.00 | 0.1 | $15.00 | Client Communication | | |
| 04/03/23 | Paralegal | Receive, read and prepare response to text(s) from B. Folta re status update | $150.00 | 0.2 | $30.00 | Client Communication | | |
| 05/08/23 | Paralegal | Receive, read and prepare response to text(s) from client re status update | $150.00 | 0.2 | $30.00 | Client Communication | | |
| 06/13/23 | Paralegal | Receive, read and prepare response to text(s) from client re status update | $150.00 | 0.2 | $30.00 | Client Communication | 3.0 | $ 450.00 |
| 08/02/23 | Paralegal | Receive, read and prepare response to text(s) from client re status update | $150.00 | 0.1 | $15.00 | Client Communication | | |
| 03/21/23 | Paralegal | Telephone Conference(s) with OC's office re mt. for ext. of time to file brief | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | | |
| 03/21/23 | Paralegal | Telephone Conference(s) with OC's office re mt for ext. | $150.00 | 0.1 | $15.00 | Opposing Counsel Communication | | |
| 02/28/23 | Vanessa Kinney | Receipt and review of Appellant's Brief and take notes for response | $250.00 | 1.7 | $425.00 | Appeal | | |
| 02/28/23 | Vanessa Kinney | Work on Client's file: review file documents and develop response brief strategy; legal research re: settlements | $250.00 | 1.5 | $375.00 | Appeal | | |
| 03/31/23 | Vanessa Kinney | Work on Client's file: defendant appellate brief and review prior briefing in district court case for pre- briefed relevant arguments | $250.00 | 1.6 | $400.00 | Appeal | | |
| 04/06/23 | Vanessa Kinney | Work on Client's file: review local rules and format appellee brief document, begin working on briefing, research jurisdiction issues and effect of settlement on appeals process | $250.00 | 3.4 | $850.00 | Appeal | | |
| 04/15/23 | Vanessa Kinney | Work on Client's file: work on appeal briefing (preliminary sections) | $250.00 | 4 | $1,000.00 | Appeal | | |
| 04/16/23 | Vanessa Kinney | Editing and revision of preliminary sections of appeal briefing | $250.00 | 1.1 | $275.00 | Appeal | | |
| 04/17/23 | Vanessa Kinney | Conference with Josh Sanford re: arguments on appeal, appeal strategy and case references | $250.00 | 0.1 | $25.00 | Appeal | | |
| 04/17/23 | Vanessa Kinney | Work on Client's file: work on appellee's brief, standard of review, including legal research; review MSJ holdings in preparation for argument | $250.00 | 1.4 | $350.00 | Appeal | | |
| 04/18/23 | Vanessa Kinney | Work on Client's file: work on appellee's brief - jurisdictional and settlement arguments; legal research re: partial summary judgment and "coverage" as non-jurisdictional issue | $250.00 | 4.8 | $1,200.00 | Appeal | | |
| 04/19/23 | Vanessa Kinney | Editing and revision of jurisdictional argument and work on argument re: settlement moots appeal | $250.00 | 3.1 | $775.00 | Appeal | | |
| 04/19/23 | Vanessa Kinney | Work on Client's file: work on appellee's brief re: settlement and summary judgment ruling confirming genuine issues of material fact for trial | $250.00 | 2.4 | $600.00 | Appeal | | |