**Declaration.**

Comes now Jason Aamodt who declares:

Looking at Doc. No. 69-1, Exhibit 1 – Billing Spreadsheet, and taking on the question of the factual assertions in supporting the Plaintiff's late and improperly filed attorney fee request, they seek $11,975 for 47.7 hours of time to write a single brief that is largely copied from prior pleadings in this case, or from other pleadings by the Plaintiff's firm in other cases. See Exhibit 1 hereto, Reorganization of Plaintiff's Claimed Fees. See also Exhibit 2, Declaration. In total the substantive portion of Appellee's Brief spanned about 37 pages, meaning that the drafting of a single brief took well more than an hour a page for issues that Plaintiff's counsel asserts they are the Nation's most experienced counsel. Defendant's Counsel prepared and filed two briefs on appeal, researching issues with which he needed to learn because he does not regularly practice in FLSA matters. And, in doing so, spent less than 12 hours on a brief comprising approximately 20 pages. Without addressing the fact that Appellees' brief was unnecessarily twice the length of the brief in chief, the time expended was not reasonable, and should at most have comprised 20 hours.

On top of that, Attorney Sanford charged $1,187.30 for reading emails or conferencing with other attorneys without even trying to illustrate why any of that "effort" was necessary or reasonable. The Plaintiff, from the billing records, apparently contacted the firm 20 times over the course of 4 months creating unnecessary charges of $450 for an appeal where no facts were at issue or required his input. Further, the unnamed "Paralegal" would charge $765 for patently clerical activities like "filing Atty appearance."

A total of 22.3 hours are sought for a total of $5575 to prepare and deliver a single 30-minute oral argument (that includes the time allotted to both sides). Notably, travel time is charged in an undisclosed amount, but is block billed in some cases, and separately billed in others. Counsel for Defendants traveled to oral argument after business hours, and the hearing was completed before 10:30 am. The charges are unreasonable and should not have exceeded 10 hours.

"I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on 2/2/204

______________________

Jason Aamodt