IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**BENJAMIN FOLTA**                                                                                                 **PLAINTIFF**

vs.                                              No. 3:21-cv-3038-CDC

**NORFORK BREWING COMPANY**                                                             **DEFENDANTS**
**and JASON AAMODT**

**ANSTAFF BANK**                                                                                               **GARNISHEE**

**ARVEST BANK**                                                                                                **GARNISHEE**

## APPLICATION FOR WRITS OF GARNISHMENT

Plaintiff (judgment creditor) hereby makes application to the Clerk of the United States District Court for the Western District of Arkansas, Harrison Division, for issuance of Writs of Garnishment to satisfy a Judgment against Defendants Norfork Brewing Company and Jason Aamodt. In support of this application, the following information is provided:

1. After reaching a liability-only agreement on September 1, 2022, Plaintiff and Defendants sought this Court's approval of their executed Settlement Agreement and Release of Claims. Subsequently, the Court entered an Order approving the parties' settlement. ECF No. 62.

2. On November 16, 2022, this Court entered a separate Judgment against Defendants, awarding Plaintiff $17,577.50 in reasonable attorneys' fees and $729.80 in reasonable costs, for a total of $18,307.30. ECF No. 63.

Page 1 of 2
Benjamin Folta v. Norfork Brewing Company, et al.
U.S.D.C. (W.D. Ark.) Case No. 3:21-cv-3038-CDC
Application for Writs of Garnishment

3. After successfully defending the appeal, this Court awarded Plaintiff $790.73 in costs and $10,800.00 in attorneys' fee, for a total award of $11,590.73 incurred on appeal.

4. Defendants have not tendered any payments to Plaintiff or Plaintiff's counsel.

5. As of July 22, 2024, the Judgments remain outstanding in the amount of $37,898.03.

6. Plaintiff alleges that there is reason to believe that both Anstaff Bank and Arvest Bank ("Garnishees") are indebted to Defendants or possesses goods, chattels, moneys, credits, or effects belonging to them.

7. Therefore, Plaintiff respectfully requests the issuance of the Writs of Garnishment attached to this Application.

Respectfully submitted,

**BENJAMIN FOLTA,**
**PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

Page 2 of 2
Benjamin Folta v. Norfork Brewing Company, et al.
U.S.D.C. (W.D. Ark.) Case No. 3:21-cv-3038-CDC
Application for Writs of Garnishment