IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**BENJAMIN FOLTA**                                                          **PLAINTIFF**

vs.                          No. 3:21-cv-3038-CDC

**NORFORK BREWING COMPANY**                           **DEFENDANTS**
**and JASON AAMODT**

**ANSTAFF BANK**                                                     **GARNISHEE**

## ALLEGATIONS AND INTERROGATORIES

Plaintiff Benjamin Folta, by and through his attorneys of Sanford Law Firm, PLLC, hereby states these Allegations and Interrogatories to Garnishee prerequisite to garnishment herein:

## ALLEGATIONS

1. After reaching a liability-only agreement on September 1, 2022, Plaintiff and Defendants sought this Court's approval of their executed Settlement Agreement and Release of Claims. Subsequently, the Court entered an Order approving the parties' settlement.

2. On November 16, 2022, this Court entered a separate Judgment against Defendants, awarding Plaintiff $17,577.50 in reasonable attorneys' fees and $729.80 in reasonable costs, for a total of $18,307.30.

3. After successfully defending the appeal, this Court awarded Plaintiff $790.73 in costs and $10,800.00 in attorneys' fee, for a total award of $11,590.73 incurred on appeal.

4. Defendants have not tendered any payments to Plaintiff or Plaintiff's counsel.

5. The Judgment is now outstanding and in full force and effect. The amount of $37,898.03 remains unpaid as of July 22, 2024.

6. Plaintiff believes that Garnishee is indebted to Defendants or has in its possession goods, moneys, credits, promissory notes, accounts, or effects belonging to Defendants. Therefore, Plaintiff propounds the following interrogatories to Garnishee:

## INTERROGATORIES

1. Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to Norfork Brewing Company or Jason Aamodt?

2. If so, what is the nature and value thereof?

Respectfully submitted,

**BENJAMIN FOLTA,
PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Ste. 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com