# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISON

| | |
|---|---|
| **BENJAMIN FOLTA** | **PLAINTIFF** |
| VS. | CASE NO. 3:21-CV-3038-CDC |
| **NORFORK BREWING COMPANY** <br> **AND JASON AAMODT** | **DEFENDANTS** |
| **ANSTAFF BANK** | **GARNISHEE** |

## ANSWER TO WRIT OF GARNISHMENT

Comes now Anstaff Bank, garnishee herein, and for its Answer to the Writ of Garnishment served on it on or about the 23rd day of July 2024 states as follows, to-wit:

1. That the garnishee, Anstaff Bank, admits the defendant, Norfork Brewing Company and Jason Aamodt, had accounts with Anstaff Bank.

2. That on the date said Writ of Garnishment was served, the defendant Norfork Brewing Company had a total of $13,526.84 in accounts with Anstaff Bank and defendant Jason Aamodt had a total of $24,371.19 in a CD with Anstaff Bank.

3. That garnishee recognizes its duties to hold any funds listed in Paragraph 2 subject to further orders from this Court. Garnishee does not recognize this or any garnishment as a continuing garnishment pursuant to Arkansas law, and therefore, garnishee will not hold defendants' funds except those funds in said accounts, if any, at the time of the service of the Writ of Garnishment up to and including the return day of this Answer of Garnishment.

4. That garnishee denies that it is indebted to the defendants for any goods, chattels, moneys, credits, or effects belonging to the defendants.

5. That garnishee denies each and every allegation not otherwise specifically

admitted herein.

WHEREFORE, PREMISES CONSIDERED, the garnishee, Anstaff Bank, states it will comply with the Writ of Garnishment entered by this honorable Court and prays that the Court enter an appropriate order and thereafter that garnishee be discharged from any further liability and for all other necessary and proper relief.

        Respectfully submitted,

        **ANSTAFF BANK**

        /s/ Jennifer N. Keys
        Jennifer N. Keys (AB#2021153)
        The Law Group of Northwest Arkansas PLLC
        1830 Shelby Lane
        Fayetteville, AR 72704
        (479) 316-3760 Phone
        (844) 325-6603 Fax
        Jennifer.Keys@lawgroupnwa.com
        *Attorney For Garnishee*

**CERTIFICATE OF SERVICE**

      This is to certify that I have this day served the parties listed below in the foregoing matter with a copy of this pleading by depositing in the United States mail a copy properly addressed with adequate postage thereon.

      This 24th day of July 2024.

                                                  /s/ Jennifer N. Keys
                                                  Jennifer N. Keys

| | |
|---|---|
| Norfork Brewing Company<br>and Jason Aamodt<br>13980 HWY 5 S<br>Norfork, AR 72658 | Josh Sanford<br>Sanford Law Firm, PLLC<br>Kirkpatrick Plaza<br>10800 Financial Centre Pkwy Ste. 510<br>Little Rock, AR 72211 |