## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISON

**BENJAMIN FOLTA**                                                                     **PLAINTIFF**

      **VS.**                         **CASE NO. 3:21-CV-3038-CDC**

**NORFORK BREWING COMPANY**
**AND JASON AAMODT**                                        **DEFENDANTS**

**ANSTAFF BANK**                                                      **GARNISHEE**

## ANSWER TO ALLEGATIONS AND INTERROGATORIES

**ALLEGATION NO. 1:** After reaching a liability-only agreement on September 1, 2022, Plaintiff and Defendants sought this Court's approval of their executed Settlement Agreement and Release of Claims. Subsequently, the Court entered an Order approving the par-ties' settlement.

**ANSWER TO ALLEGATION NO. 1:** Garnishee is without sufficient information to admit or deny Allegation No. 1 and therefore denies the same.

**ALLEGATION NO. 2:** On November 16, 2022, this Court entered a separate Judgment against Defendants, awarding Plaintiff $17,577.50 in reasonable attorneys' fees and $729.80 in reasonable costs, for a total of $18,307.30.

**ANSWER TO ALLEGATION NO. 2:** Garnishee is without sufficient information to admit or deny Allegation No. 2 and therefore denies the same.

**ALLEGATION NO. 3:** After successfully defending the appeal, this Court awarded Plaintiff $790.73 in costs and $10,800.00 in attorneys' fee, for a total award of $11,590.73 incurred on appeal.

**ANSWER TO ALLEGATION NO. 3:** Garnishee is without sufficient information to admit or deny Allegation No. 3 and therefore denies the same.

**ALLEGATION NO. 4:** Defendants have not tendered any payments to Plaintiff or Plaintiff's counsel.

**ANSWER TO ALLEGATION NO. 4:** Garnishee is without sufficient information to admit or deny Allegation No. 4 and therefore denies the same.

**ALLEGATION NO. 5:** The Judgment is now outstanding and in full force and effect. The amount of $37,898.03 remains unpaid as of July 22, 2024.

**ANSWER TO ALLEGATION NO. 5:** Garnishee is without sufficient information to admit or deny Allegation No. 5 and therefore denies the same.

**INTERROGATORY 1:** Do you have in your possession, constructive or actual, on or after the service of the Writ of Garnishment upon you, any goods, chattels, monies, credit, or effects belonging to Norfork Brewing Company or Jason Aamodt?

**ANSWER TO INTERROGATORY 1:** That on the date said Writ of Garnishment was served, the defendant Norfork Brewing Company had a total of $13,526.84 in accounts with Anstaff Bank and defendant Jason Aamodt had a total of $24,371.19 in a CD with Anstaff Bank.

**INTERROGATORY 2:** If so, what is the nature and value thereof?

**ANSWER TO INTERROGATORY 2:** That on the date said Writ of Garnishment was served, the defendant Norfork Brewing Company had a total of $13,526.84 in accounts with Anstaff Bank and defendant Jason Aamodt had a total of $24,371.19 in a CD with Anstaff Bank..

Respectfully submitted,

**ANSTAFF BANK**

/s/ Jennifer N. Keys

Jennifer N. Keys (AB#2021153)
The Law Group of Northwest Arkansas PLLC
1830 Shelby Lane
Fayetteville, AR 72704
(479) 316-3760 Phone
(844) 325-6603 Fax
Jennifer.Keys@lawgroupnwa.com
*Attorney For Garnishee*

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the parties listed below in the foregoing matter with a copy of this pleading by depositing in the United States mail a copy properly addressed with adequate postage thereon.

This 24th day of July 2024.

/s/ Jennifer N. Keys
Jennifer N. Keys

| | |
|---|---|
| Norfork Brewing Company | Josh Sanford |
| and Jason Aamodt | Sanford Law Firm, PLLC |
| 13980 HWY 5 S | Kirkpatrick Plaza |
| Norfork, AR 72658 | 10800 Financial Centre Pkwy Ste. 510 |
| | Little Rock, AR 72211 |

3