IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**BENJAMIN FOLTA**                                                                               **PLAINTIFF**

vs.                              No. 3:21-cv-3038-CDC

**NORFORK BREWING COMPANY**                                             **DEFENDANTS**
**and JASON AAMODT**

## SATISFACTION OF JUDGMENTS

Notice is hereby given that the Judgments entered in the above-styled and numbered case, and bearing ECF Nos. 62, 63, and 74, have been fully paid and satisfied, and the Clerk of this Court, by any deputy, is authorized to enter this Satisfaction of Judgment, by marginal endorsement, on behalf of Plaintiff.

Respectfully submitted,

**BENJAMIN FOLTA, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com