IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**BENJAMIN FOLTA**　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

vs.　　　　　　　　　　No. 3:21-cv-3038-CDC

**NORFORK BREWING COMPANY**　　　　　　　　　　　　　　　**DEFENDANTS**
**and JASON AAMODT**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), the Parties hereby stipulate to the dismissal of this action with prejudice, without further award of fees and costs.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　**BENJAMIN FOLTA, PLAINTIFF**

　　　　　　　　　　　　　　　　　　　　　SANFORD LAW FIRM, PLLC
　　　　　　　　　　　　　　　　　　　　　Kirkpatrick Plaza
　　　　　　　　　　　　　　　　　　　　　10800 Financial Centre Pkwy, Suite 510
　　　　　　　　　　　　　　　　　　　　　Little Rock, Arkansas 72211
　　　　　　　　　　　　　　　　　　　　　Telephone: (800) 615-4946
　　　　　　　　　　　　　　　　　　　　　Facsimile: (888) 787-2040

　　　　　　　　　　　　　　　　　　　　　Josh Sanford
　　　　　　　　　　　　　　　　　　　　　Ark. Bar No. 2001037
　　　　　　　　　　　　　　　　　　　　　josh@sanfordlawfirm.com

Page 1 of 2
Benjamin Folta v. Norfork Brewing Co., et al.
U.S.D.C. (W.D. Ark.) Case No. 3:21-cv-3038-CDC
Joint Stipulation of Dismissal with Prejudice

    **and**    **NORFOLK BREWING COMPANY, and JASON AAMODT, DEFENDANTS**

İɴᴅɪᴀɴ ᴀɴᴅ Eɴᴠɪʀᴏɴᴍᴇɴᴛᴀʟ Lᴀᴡ Gʀᴏᴜᴘ, PLLC
406 S. Boulder Ave., Suite 830
Tulsa, Oklahoma 74103
Telephone: (918) 347-6169
Facsimile: (918) 948-6190

/s/ *Jason B. Aamodt*
Jason B. Aamodt
Okl. Bar No. 16974
jason@iaelaw.com

**Page 2 of 2**
**Benjamin Folta v. Norfork Brewing Co., et al.**
**U.S.D.C. (W.D. Ark.) Case No. 3:21-cv-3038-CDC**
**Joint Stipulation of Dismissal with Prejudice**